IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-03354-CMA-MJW

EDWARD M. MONTOYA,

Plaintiff(s),

v.

A&M APARTMENTS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that a Telephone Status Conference is set on March 13, 2012, at 9:45 a.m.  The Court will address the Defendant's Unopposed Motion to Vacate Scheduling Conference and Stay Discovery, DN 17, filed with the Court on March 9, 2012.  The parties shall initiate the conference call and connect the court as the final connection by calling (303) 844-2403.

Date:  March 12, 2012