# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-03354-CMA-MJW                FTR - Courtroom A-502

**Date:**   March 13, 2012                                Courtroom Deputy, Ellen E. Miller

|          _Parties_          |          _Counsel_          |
|-----------------------------|-----------------------------|
| EDWARD M. MONTOYA,          | Mark J. Berumen             |
|   Plaintiff(s),             |                             |
| v.                          |                             |
| A&M APARTMENTS, INC.,       | Lawrence L. Lee             |
|   Defendant(s).             |                             |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC STATUS CONFERENCE**
**Court in Session:**   9:45 a.m.
Court calls case. Appearances of counsel. Also on the call for defendant is John D. Keen.

Discussion is held regarding Defendant's Unopposed Motion to Withdraw Amended Motion to Dismiss... [Docket No. 15, filed March 08, 2012]. With no objection,

**It is ORDERED:**   Defendant's UNOPPOSED MOTION TO WITHDRAW AMENDED MOTION TO DISMISS WITH PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION [Docket No. **15**, filed March 08, 2012] is **GRANTED** for reasons as set forth on the record. Therefore,

**It is ORDERED:**   Defendant's AMENDED MOTION TO DISMISS WITH PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION [ Docket No. **14**, filed February 28, 2010] is **WITHDRAWN.**

The Court raises Defendant's Unopposed Motion to Vacate Scheduling Conference and Stay Discovery for discussion.

**It is ORDERED:**   Defendant's UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE AND STAY DISCOVERY [Docket No. **17**, filed March 09, 2012] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   SCHEDULING CONFERENCE set **MARCH 21, 2012   at 10:00 a.m.** is **VACATED.**

**It is ORDERED:**	ALL DISCOVERY, pending resolution of Defendant's Motion to Dismiss [Docket No. 16, filed March 08, 2012], is **STAYED.**

**It is ORDERED:**	Beginning **MAY 01, 2012**, and on the first working day of each month thereafter, the parties shall file a JOINT STATUS REPORT.

Hearing concluded.
**Court in recess:**   9:53 a.m.
Total In-Court Time 00: 08

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.