**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03354-CMA-MJW

EDWARD M MONTOYA,

    Plaintiff,

v.

A&M APARTMENTS, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 42(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 44) signed by the attorneys for the parties hereto it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED:  March   08  , 2013

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge